UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                                 Case No. 3:24-cr-45(3)

vs.

MARVIOUS HESTER,                    District Judge Michael J. Newman

      Defendant.

---

## ORDER: (1) GRANTING DEFENDANT MARVIOUS HESTER'S ORAL, UNOPPOSED MOTION TO REMOVE LOCATION MONITORING; AND (2) CONFIRMING DEFENDANT REMAINS UNDER ALL PREVIOUSLY-SET CONDITIONS OF RELEASE (Doc. No. 100) UNTIL HIS VOLUNTARY SURRENDER

---

On March 12, 2026, at Defendant's sentencing hearing, Defendant made an oral, unopposed motion to remove his location monitoring until his voluntary surrender. The Court heard from counsel for both sides and United States Pretrial Services Officer John McCabe. There being no opposition to the request, and for good cause shown, Defendant's unopposed motion to remove location monitoring is **GRANTED**. All previously-set conditions of release (Doc. No. 100) are **UNCHANGED** and remain in full force and effect until his voluntary surrender.

      **IT IS SO ORDERED.**

March 17, 2026                        s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge