**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 3:24-cr-45-3

vs.

MARVIOUS HESTER,               District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) GRANTING DEFENDANT MARVIOUS HESTER'S MOTION TO AMEND HIS JUDGMENT AND COMMITMENT (Doc. No. 281); AND (2) PERMITTING AND REQUIRING DEFENDANT HESTER TO REPORT TO THE BUREAU OF PRISONS FACILITY, AS DESIGNATED BY THE BOP, AFTER MAY 20, 2026**

---

Pursuant to the record of Defendant Marvious Hester's sentencing hearing on May 12, 2026, his motion, through counsel, to amend his judgment and commitment (Doc. No. 281) is **GRANTED**. The Court will amend Defendant's judgment and commitment, and will issue it forthwith, to reflect that he is **PERMITTED** and **REQUIRED** to report to the BOP facility, as designated by the BOP, **after May 20, 2026**.

      **IT IS SO ORDERED.**

      <u>April 29, 2026</u>                    <u>s/*Michael J. Newman*</u>
                                            Hon. Michael J. Newman
                                            United States District Judge

cc:    United States Marshals Office
       Dayton, Ohio 45402